**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | |
|---|---|
| ESTATE OF: CASIMIR J. SZAFARA, DECEASED | : No. 552 MAL 2021 |
| | : |
| | : |
| | : Petition for Allowance of Appeal |
| PETITION OF: KRISTINA L. SZAFARA | : from the Order of the Superior Court |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 14th day of February, 2022, the Application for Leave to Amend Petition for Allowance of Appeal is GRANTED and the Petition for Allowance of Appeal is **DENIED**.